UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SONYA PATRICK and THE ESTATE OF RICKY PATRICK, <br><br> Plaintiffs, <br><br> v. <br><br><br><br> ANDRE BOYD and NEW HANOVER REGIONAL HOSPITAL, <br><br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:22-CV-185-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 14], DENIES plaintiff's motion for extension of time [D.E. 15], and DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

**This Judgment Filed and Entered on December 20, 2023, and Copies To:**

Sonya Patrick   (via US Mail to 1611 Gander Drive, Wilmington, NC 28411)

DATE: December 20, 2023          PETER A. MOORE, JR., CLERK

                                 (By)  /s/ Stephanie Mann
                                 Deputy Clerk